FILED - CLERK
U.S. DISTRICT COURT

2005 NOV -1 AM 2: 08

TX EASTERN-BEAUMONT

BY _____

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| SHIRLEY ROSS GOSS, et al. | § § | |
| Plaintiffs, | § § | Civil Action No: 1:04CV665 |
| VS. | § § | |
| | § § | Judge Crone |
| FIRESTONE POLYMERS, L.L.C., et al. | § § | |
| Defendants. | § § | |

## ORDER ON AGREED MOTION FOR VOLUNTARY DISMISSAL

After considering the Agreed Motion for Voluntary Dismissal, (#67) the court **GRANTS THE MOTION AND DISMISSES THE CASE WITHOUT PREJUDICE.**

SIGNED on November 1, 2005 at Beaumont, Texas,

_____
U.S. DISTRICT JUDGE